1  Jeffrey G. Sheldon (SBN 67516)
   jeffrey.sheldon@usip.com
2  William J. Brutocao (SBN 75959)
   william.brutocao@usip.com
3  **SHELDON MAK & ANDERSON PC**
   100 Corson Street, Third Floor
4  Pasadena, California  91103-3842
   Telephone:     (626) 796-4000
5  Facsimile:     (626) 795-6321

6  Attorneys for Plaintiff

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                    **WESTERN DIVISION**

| TRE MILANO, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CONAIR CORPORATION, a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>                    Defendants. | Case No.  CV10-4827-PSG (FFMx)<br><br>[Honorable Philip S. Gutierrez]<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a)(1)(A)**<br><br>Complaint Filed:   June 29, 2010 |
|---|---|

TO THE COURT AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff TRE MILANO, LLC hereby dismisses the present action in its entirety, without prejudice.

///
///
///
///
///
///
///

1

**NOTICE OF DISMISSAL [F.R.Civ.P. 41(a)(1)(A)]**

1 This Notice of Dismissal is made pursuant to Rule 41(a)(1)(A) of the Federal Rules
2 of Civil Procedure.

4 DATED: September 1, 2010

Jeffrey G. Sheldon (SBN 67516)
jeffrey.sheldon@usip.com
William J. Brutocao (SBN 75959)
william.brutocao@usip.com
**SHELDON MAK & ANDERSON PC**

By:   s/Jeffrey G. Sheldon
         Jeffrey G. Sheldon
Attorneys for Plaintiff TRE MILANO, LLC, a
California limited liability company